1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  MARCOS ARRELLANO,              )      CASE NO. CV 10-2352-JHN (PJW)
                                   )
11              Petitioner,        )
                                   )      J U D G M E N T
12          v.                     )
                                   )
13  GEORGE NEOTTI, WARDEN,         )
                                   )
14              Respondent.        )
    ───────────────────────────────)
15

16       Pursuant to the Order Accepting Findings, Conclusions, and

17  Recommendations of United States Magistrate Judge,

18       IT IS ADJUDGED that the Petition is denied and this action is

19  dismissed with prejudice.

20       DATED:      May 2, 2012      .

21

22

23

24  _____
    JACQUELINE H. NGUYEN
25  UNITED STATES DISTRICT JUDGE

26

27

28  S:\PJW\Cases-State Habeas\ARRELLANO, M 2352\Judgment.wpd